# JUDGE KATHLEEN CARDONE

FILED

2023 DEC 22 PM 12: 06

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
for the

DEPUTY

Juan Landon
_Petitioner_

v.                                              Case No. _____
                                                     _(Supplied by Clerk of Court)_

Warden FCI La Tuna CAMP                         **EP23CV0460**
_Respondent_
(name of warden or authorized person having custody of petitioner)

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: **Juan Landon**
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: **FCI La Tuna CAMP, Anthony Texas**
   (b) Address: _____
   (c) Your identification number: **67024-509**
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **SD of California San Diego, CA.**
   (b) Docket number of criminal case: **21-CR-2153-CAB**
   (c) Date of sentencing: **11-16-2022**
   ☐ Being held on an immigration charge
   ☒ Other _(explain)_: **Conspiracy to distribute Drgs enhanced with § 924(c)(1)(A).**

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*:   FSA(FTC) benefit denial.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   BOP administration
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   FSA credit towards earlier release.

   (d) Date of the decision or action:

   Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes      ☒ No
   (a) If "Yes," provide:      Article III judicial powers are
      (1) Name of the authority, agency, or court:   required.

      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:
                     SEE ABOVE

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes      ☒ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal:
        _____ SEE ABOVE _____
        _____ Separation of Powers violation _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes      x☐ No
    (a) If "Yes," provide: X

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal:
        _____ SEE ABOVE _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes      ☐ No
If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☒ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes    ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:   **Not applicable, not courts fault.**

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes    ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes          ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes          ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

17300408

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Equal Protection Clause Violation

(a) Supporting facts (Be brief. Do not cite cases or law.):
Good Time Credit reduce time in prison; FSA credits also reduce time in prison. Same end goal, different application because petitioner was in pre-BOP custody. Failure to apply pre-BOP custody (FSA) defy's law.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND TWO:** Supremecy of Constitutional Rights violation

(a) Supporting facts (Be brief. Do not cite cases or law.):
Art. VI, cl. 2 assures that Constitutional rights are Supreme, at all times. Benefits of FSA (or denial) does affect the Petitioner's liberty interest, under 4th and 14th amendments.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Justiciable Issue requires Court intervention. 18 USC 4001 violation. Affecting 5th and 4th (Due process; liberty interest protections)

(a) Supporting facts (Be brief. Do not cite cases or law.):
Statutes governng Citizens of the United States does require that petitioner receive all available-in law- benefits as Congress intended. 4001 guarantees that as in BOP (or contracted) custody, Petitioner is entitled to FSA benefits.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

CONCLUSION

Petitoner LANDON was detained ("'or otherwise detained.." 4001 in part), and accordingly during such detention, her was fully entitled to the benefits of FSA(FTC) irrespective of who was actually detaining him.

As credits for time served and good time are earned in a contracted facility, FSA benefits also must be afforded as well. To allow otherwise, would be to allow the BOP(DOJ) to circumvent the First Step Act of 2018, and its primary goal....to return a federal inmate to his/her family sooner.....not later.

Accordingly, Petitioner request this court, issue an order to the Respondent requiring that Petitioner's Sentence Computation be updated to refelct the 7 months of FSA(FTC) he earned while in the custody of private/public government contracting opeartions.

To allow any less, would be to allow a double standard of law and that would mean no law exist at all.


All facts are true and submitted under the penalty of perjury this 9th of December 2023, under the laws of the United States .


*/signature/*
Juan Landon
67024-509
FCI La Tuna CAMP
PO BOX 8000
Anthony, NM 88021
Inamte Legal Mailing

